# Exhibit C



# Lipsitz Green Scime Cambria LLP

**Attorneys at Law**

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,6]
Melissa D. Wischerath [7]
Jaime Michelle Cain [5]
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Erin McCampbell Paris
Lynn M. Bochenek
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Taylor D. Golba
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Christina M. Croglio
Michael M. Kane
Alexander R. DiDonato
Brittany E. Morgan
Candace L. Morrison
Victoria E. Dailey
Miriam E. Trojanovic

**OF COUNSEL**
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]

**SPECIAL COUNSEL**
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

**ALSO ADMITTED IN**
1  District of Columbia
2  Florida
3  California
4  Illinois
5  Pennsylvania
6  New Jersey
7  Oregon
8  Massachusetts
9  Connecticut

May 24, 2024

Niagara County Legislature
Niagara County Courthouse
175 Hawley Street
Lockport, New York 14094-2740

Re:    FOIL Request
       Our Client:    Kaitlynn Gannon
       Our File No.:   72663.0002

Dear Sir or Madam:

Our firm represents Kaitlynn Gannon. Her DOB is 5/10/1987.

At this time, pursuant to New York's FOIL law, I am writing to request any and all available documents on file with your organization regarding or referencing Kaitlynn Gannon. A copy of our request is enclosed. I am aware of the following case numbers or reference numbers that may assist in your search:

- Niagara County Sheriff File # 2022-00006333 /
- Radio log # 6333
- CIB/JIB Case # CR-22-4-002
- Agency Case # CA 1753-21

I am also requesting copies of all prior FOIL requests made by persons or entities requesting documents regarding Kaitlynn Gannon, as well as copies of the Department's response letters and any documents provided. For example, we know there was a request made for such documents dated 11/17/23 (a copy of which is enclosed). We expect those prior requests will be provided to us in an unredacted state consistent with state and local laws.

As you know, the Freedom of Information Law requires that an agency respond to a request within five (5) business days of receipt of a request.

If it is necessary to modify this request, I would prefer to be contacted so that I may make the appropriate changes. If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. Thank you.

Very truly yours,

Lipsitz Green Scime Cambria LLP

*Lynn M. Bochenek*

By: Lynn M. Bochenek

LMB/kmd
Enc.

Writer's Extension: 412
Writer's Email: lbochenek@lglaw.com



# APPLICATION FOR PUBLIC ACCESS TO RECORDS
"Freedom of Information Law" (FOIL) Request

## NIAGARA COUNTY LEGISLATURE
Niagara County Courthouse, 175 Hawley Street
Lockport, NY 14094-2740

TO: RECORDS ACCESS OFFICER                    DATE: May 22, 2024

DEPARTMENT (DIVISION): Sheriff's Office / DA Office

| | |
|---|---|
| **NAME** (Please Print) Mr. / Mrs. / **Ms.** / Miss: Lynn Bochenek | **PHONE NUMBER**: (716) 849-1333 |
| **BUSINESS NAME** (For Niagara County employees, name of employing agency): Lipsitz Green Scime Cambria LLP | |
| **MAILING ADDRESS**: 42 Delaware Avenue, Buffalo NY 14202 | |

**I wish to inspect the following record(s):** (PLEASE FULLY IDENTIFY)

Any and all available documents on file with your organization Regarding or Referencing Kaitlynn Gannon, DoB 5/10/1987. I am also requesting copies of all prior FOIL requests by persons or entities Requesting documents Regarding Kaitlynn Gannon, as well as copies of the Office's Response letters and any documents provided.

SIGNATURE: Lynn M. Bochenek

### STOP HERE - FOR OFFICE USE ONLY

☐ APPROVED - You may see and/or copy this (these) record(s) as follows:
DATE: _____  TIME: _____  PLACE: _____

☐ DENIED - For the reason(s) checked below:
☐ Confidential disclosure
☐ Part of investigatory files
☐ Unwarranted invasion of personal privacy
☐ Record is not maintained by this agency
☐ Exempted by statute other than the Freedom of Information Law
☐ The Freedom of Information Law does not provide access to this information
☐ Primary source of information is _____
☐ Record to which this agency is legal custodian cannot be found
☐ Other (specify) _____

SIGNATURE (Records Access Officer) _____     DATE _____

| | |
|---|---|
| Price Per Copy: | Received By: |
| Number of Copies: | Amount Received: |
| Amount Due: | Cash / Check / Money Order No: |

NC.21  2003

#470-23



**APPLICATION FOR PUBLIC ACCESS TO RECORDS**
"Freedom of Information Law" (FOIL) Request

**NIAGARA COUNTY LEGISLATURE**
Niagara County Courthouse, 175 Hawley Street
Lockport, NY 14094-2740

TO: RECORDS ACCESS OFFICER         DATE: 11/17/23
    DEPARTMENT (DIVISION): _____

NAME (Please Print) Mr./Mrs./Ms./Miss: Tess Harmon      PHONE NUMBER: [redacted]

BUSINESS NAME (For Niagara County employees, name of employing agency): [redacted]

MAILING ADDRESS: [redacted]

I wish to inspect the following record(s): (PLEASE FULLY IDENTIFY)
The documents for case number 2022-00006333

If possible, you can send to my email address [redacted]

SIGNATURE: Tess Harmon

**STOP HERE - FOR OFFICE USE ONLY**

☐ APPROVED - You may see and/or copy this (these) record(s) as follows:
   DATE: _____  TIME: _____  PLACE: _____

☐ DENIED - For the reason(s) checked below:
   ☐ Confidential disclosure
   ☐ Part of investigatory files
   ☐ Unwarranted invasion of personal privacy
   ☐ Record is not maintained by this agency
   ☐ Exempted by statute other than the Freedom of Information Law
   ☐ The Freedom of Information Law does not provide access to this information
   ☐ Primary source of information is _____
   ☐ Record to which this agency is legal custodian cannot be found
   ☐ Other (specify) _____

SIGNATURE (Records Access Officer) _____         DATE _____

| Price Per Copy: | Received By: |
| Number of Copies: | Amount Received: |
| Amount Due: | Cash / Check / Money Order No: |

NC.21 2003



# Lipsitz Green Scime Cambria LLP

**Attorneys at Law**

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,6]
Melissa D. Wischerath [7]
Jaime Michelle Cain [5]
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Erin McCampbell Paris
Lynn M. Bochenek
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Taylor D. Golba
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Christina M. Croglio
Michael M. Kane
Alexander R. DiDonato
Brittany E. Morgan
Candace L. Morrison
Victoria E. Dailey
Miriam E. Trojanovic

**OF COUNSEL**
Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]

**SPECIAL COUNSEL**
Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

**ALSO ADMITTED IN**
1 District of Columbia
2 Florida
3 California
4 Illinois
5 Pennsylvania
6 New Jersey
7 Oregon
8 Massachusetts
9 Connecticut

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924  P 716 849 1333  F 716 855 1580 (Not for Service)  www.lglaw.com

May 24, 2024

Niagara County Sheriff's Office
Attention: FOIL Officer
5525 Niagara Street Ext.
P.O. Box 496
Lockport, New York 14095-0496

Re:  FOIL Request
     Our Client:      Kaitlynn Gannon
     Our File No.:    72663.0002

Dear Sir or Madam:

Our firm represents Kaitlynn Gannon. Her DOB is 5/10/1987.

At this time, pursuant to New York's FOIL law, I am writing to request any and all available documents on file with your organization regarding or referencing Kaitlynn Gannon. I am aware of the following case numbers or reference numbers that may assist in your search:

- Niagara County Sheriff File # 2022-00006333 /
- Radio log # 6333
- CIB/JIB Case # CR-22-4-002
- Agency Case # CA 1753-21

I am also requesting copies of all prior FOIL requests made by persons or entities requesting documents regarding Kaitlynn Gannon, as well as copies of the Department's response letters and any documents provided. For example, we know there was a request made for such documents dated 11/17/23 (a copy of which is enclosed). We expect those prior requests will be provided to us in an unredacted state consistent with state and local laws.

As you know, the Freedom of Information Law requires that an agency respond to a request within five (5) business days of receipt of a request.

If it is necessary to modify this request, I would prefer to be contacted so that I may make the appropriate changes. If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. Thank you.

Very truly yours,

Lipsitz Green Scime Cambria LLP

*Lynn M. Bochenek*

By:  Lynn M. Bochenek
LMB/kd
Enc.

Writer's Extension:  412
Writer's Email: lbochenek@lglaw.com

6525666v1 - 072663.0002



# APPLICATION FOR PUBLIC ACCESS TO RECORDS
"Freedom of Information Law" (FOIL) Request

## NIAGARA COUNTY LEGISLATURE
Niagara County Courthouse, 175 Hawley Street
Lockport, NY 14094-2740

TO: RECORDS ACCESS OFFICER        DATE: **May 22, 2024**

DEPARTMENT (DIVISION): **Sheriff's Office / DA Office**

| | |
|---|---|
| **NAME** (Please Print)  Mr./Mrs./**Ms.**/Miss **Lynn Bochenek** | **PHONE NUMBER** **(716) 849-1333** |

**BUSINESS NAME** (For Niagara County employees, name of employing agency): **Lipsitz Green Scime Cambria LLP**

**MAILING ADDRESS**: **42 Delaware Avenue, Buffalo NY 14202**

**I wish to inspect the following record(s):** (PLEASE FULLY IDENTIFY)

Any and all available documents on file with your organization regarding or referencing Kaitlynn Gannon, DoB 5/10/1987. I am also requesting copies of all prior FOIL requests by persons or entities requesting documents regarding Kaitlynn Gannon, as well as copies of the office's response letters and any documents provided.

SIGNATURE: *Lynn M. Bochenek*

---

**STOP HERE - FOR OFFICE USE ONLY**

☐ APPROVED - You may see and/or copy this (these) record(s) as follows:
DATE: _____  TIME: _____  PLACE: _____

☐ DENIED - For the reason(s) checked below:
  ☐ Confidential disclosure
  ☐ Part of investigatory files
  ☐ Unwarranted invasion of personal privacy
  ☐ Record is not maintained by this agency
  ☐ Exempted by statute other than the Freedom of Information Law
  ☐ The Freedom of Information Law does not provide access to this information
  ☐ Primary source of information is _____
  ☐ Record to which this agency is legal custodian cannot be found
  ☐ Other (specify) _____

SIGNATURE (Records Access Officer) _____        DATE _____

| | |
|---|---|
| Price Per Copy: | Received By: |
| Number of Copies: | Amount Received: |
| Amount Due: | Cash / Check / Money Order No: |

NC.21  2003

#470-23



# APPLICATION FOR PUBLIC ACCESS TO RECORDS
"Freedom of Information Law" (FOIL) Request

## NIAGARA COUNTY LEGISLATURE
Niagara County Courthouse, 175 Hawley Street
Lockport, NY 14094-2740

TO: RECORDS ACCESS OFFICER             DATE: 11/17/23
    DEPARTMENT (DIVISION): _____

NAME (Please Print): Mr. / Mrs. / Ms. / Miss   Tess Harmon
PHONE NUMBER: [redacted]

BUSINESS NAME (For Niagara County employees, name of employing agency): [redacted]

MAILING ADDRESS: [redacted]

I wish to inspect the following record(s): (PLEASE FULLY IDENTIFY)
The documents for case number 2022-0006333

If possible, you can send to my email address [redacted]

SIGNATURE: Tess Harmon

### STOP HERE - FOR OFFICE USE ONLY

☐ APPROVED - You may see and/or copy this (these) record(s) as follows:
   DATE: _____  TIME: _____  PLACE: _____

☐ DENIED - For the reason(s) checked below:
   ☐ Confidential disclosure
   ☐ Part of investigatory files
   ☐ Unwarranted invasion of personal privacy
   ☐ Record is not maintained by this agency
   ☐ Exempted by statute other than the Freedom of Information Law
   ☐ The Freedom of Information Law does not provide access to this information
   ☐ Primary source of information is _____
   ☐ Record to which this agency is legal custodian cannot be found
   ☐ Other (specify) _____

SIGNATURE (Records Access Officer): _____     DATE: _____

| Price Per Copy: | Received By: |
|---|---|
| Number of Copies: | Amount Received: |
| Amount Due: | Cash / Check / Money Order No: |

NC.21 2003



# Lipsitz Green Scime Cambria LLP

**Attorneys at Law**

42 Delaware Avenue, Suite 120, Buffalo, New York 14202-3924   P 716 849 1333   F 716 855 1580 (Not for Service)   www.lglaw.com

James T. Scime
Michael Schiavone
Richard P. Weisbeck, Jr.
Mark L. Stulmaker
Barry Nelson Covert
Robert L. Boreanaz
Thomas M. Mercure
John A. Collins
Michael P. Stuermer [2,3]
Cherie L. Peterson
Joseph J. Manna
William P. Moore
Thomas C. Burnham
Jonathan W. Brown [3]
Diane M. Perri Roberts
Matthew B. Morey
Max Humann
Justin D. Ginter
Dale J. Bauman [2,6]
Melissa D. Wischerath [7]
Jaime Michelle Cain [5]
Sharon M. Heim
Paul J. Cieslik
Gregory P. Krull
Robert E. Ziske
Patrick J. Mackey [4]
Erin McCampbell Paris
Lynn M. Bochenek
Richard A. Maltese, Jr.
Karoline R. Faltas-Peppes
Robert M. Corp [9]
Taylor D. Golba
Amy C. Keller [8]
Christopher R. Poole
Ryan C. Johnsen
Anthony R. Faraco, Jr.
Christina M. Croglio
Michael M. Kane
Alexander R. DiDonato
Brittany E. Morgan
Candace L. Morrison
Victoria E. Dailey
Miriam E. Trojanovic

**OF COUNSEL**

Paul J. Cambria, Jr. [1,3,5]
Patrick C. O'Reilly
Herbert L. Greenman
Laraine Kelley
Joseph J. Gumkowski
George E. Riedel, Jr. [2]

**SPECIAL COUNSEL**

Richard D. Furlong
Scott M. Schwartz
Robert A. Scalione [2]

**ALSO ADMITTED IN**

1  District of Columbia
2  Florida
3  California
4  Illinois
5  Pennsylvania
6  New Jersey
7  Oregon
8  Massachusetts
9  Connecticut

May 24, 2024

Niagara County District Attorney's Office
Niagara County Courthouse
175 Hawley Street, Third Floor
Lockport, NY 14094

Re:   FOIL Request
      Our Client:      Kaitlynn Gannon
      Our File No.:    72663.0002

Dear Sir or Madam:

Our firm represents Kaitlynn Gannon. Her DOB is 5/10/1987.

At this time, pursuant to New York's FOIL law, I am writing to request any and all available documents on file with your organization regarding or referencing Kaitlynn Gannon. A copy of our request is enclosed. I am aware of the following case numbers or reference numbers that may assist in your search:

- Niagara County Sheriff File # 2022-00006333 /
- Radio log # 6333
- CIB/JIB Case # CR-22-4-002
- Agency Case # CA 1753-21

I am also requesting copies of all prior FOIL requests made by persons or entities requesting documents regarding Kaitlynn Gannon, as well as copies of the Department's response letters and any documents provided. For example, we know there was a request made for such documents dated 11/17/23 (a copy of which is enclosed). We expect those prior requests will be provided to us in an unredacted state consistent with state and local laws.

As you know, the Freedom of Information Law requires that an agency respond to a request within five (5) business days of receipt of a request.

If it is necessary to modify this request, I would prefer to be contacted so that I may make the appropriate changes. If for any reason any portion of my request is denied, please inform me of the reasons for the denial in writing and provide the name and address of the person or body to whom an appeal should be directed. Thank you.

Very truly yours,

Lipsitz Green Scime Cambria LLP

*/s/ Lynn M. Bochenek*

By:   Lynn M. Bochenek

LMB/kmd
Enc.

Writer's Extension:  412
Writer's Email:   lbochenek@lglaw.com

6525766v1 - 072663.0002



# APPLICATION FOR PUBLIC ACCESS TO RECORDS
## "Freedom of Information Law" (FOIL) Request

### NIAGARA COUNTY LEGISLATURE
Niagara County Courthouse, 175 Hawley Street
Lockport, NY 14094-2740

TO: RECORDS ACCESS OFFICER   DATE: **May 22, 2024**

DEPARTMENT (DIVISION): **Sheriff's Office / DA Office**

| | |
|---|---|
| **NAME** (Please Print) Mr./Mrs./**Ms.**/Miss | **Lynn Bochenek** |
| **PHONE NUMBER** | **(716) 849-1333** |
| **BUSINESS NAME** (For Niagara County employees, name of employing agency) | **Lipsitz Green Scime Cambria LLP** |
| **MAILING ADDRESS** | **42 Delaware Avenue, Buffalo NY 14202** |

**I wish to inspect the following record(s):   (PLEASE FULLY IDENTIFY)**

Any and all available documents on file with your organization regarding or referencing Kaitlynn Gannon, DoB 5/10/1987. I am also requesting copies of all prior FOIL requests by persons or entities requesting documents regarding Kaitlynn Gannon, as well as copies of the office's response letters and any documents provided.

SIGNATURE: *Lynn M. Bochenek*

---

### STOP HERE - FOR OFFICE USE ONLY

☐ APPROVED - You may see and/or copy this (these) record(s) as follows:
   DATE: _____   TIME: _____   PLACE: _____

☐ DENIED - For the reason(s) checked below:
   ☐ Confidential disclosure
   ☐ Part of investigatory files
   ☐ Unwarranted invasion of personal privacy
   ☐ Record is not maintained by this agency
   ☐ Exempted by statute other than the Freedom of Information Law
   ☐ The Freedom of Information Law does not provide access to this information
   ☐ Primary source of information is _____
   ☐ Record to which this agency is legal custodian cannot be found
   ☐ Other (specify) _____

SIGNATURE (Records Access Officer) _____   DATE _____

| | |
|---|---|
| Price Per Copy: | Received By: |
| Number of Copies: | Amount Received: |
| Amount Due: | Cash / Check / Money Order No: |

NC.21  2003

#470-23



**APPLICATION FOR PUBLIC ACCESS TO RECORDS**
"Freedom of Information Law" (FOIL) Request

**NIAGARA COUNTY LEGISLATURE**
Niagara County Courthouse, 175 Hawley Street
Lockport, NY 14094-2740

TO: RECORDS ACCESS OFFICER         DATE: 11/17/23
DEPARTMENT (DIVISION): _____

NAME (Please Print) Mr. / Mrs. / Ms. / Miss: Tess Harmon
PHONE NUMBER: [redacted]

BUSINESS NAME (For Niagara County employees, name of employing agency): 

MAILING ADDRESS: [redacted]

I wish to inspect the following record(s): (PLEASE FULLY IDENTIFY)
The documents for case number 2022-0006333

If possible, you can send to my email address [redacted]

SIGNATURE: Tess Harmon

=== STOP HERE - FOR OFFICE USE ONLY ===

☐ APPROVED - You may see and/or copy this (these) record(s) as follows:
   DATE: _____  TIME: _____  PLACE: _____

☐ DENIED - For the reason(s) checked below:
   ☐ Confidential disclosure
   ☐ Part of investigatory files
   ☐ Unwarranted invasion of personal privacy
   ☐ Record is not maintained by this agency
   ☐ Exempted by statute other than the Freedom of Information Law
   ☐ The Freedom of Information Law does not provide access to this information
   ☐ Primary source of information is _____
   ☐ Record to which this agency is legal custodian cannot be found
   ☐ Other (specify) _____

SIGNATURE (Records Access Officer): _____    DATE: _____

| Price Per Copy: | Received By: |
| Number of Copies: | Amount Received: |
| Amount Due: | Cash / Check / Money Order No: |

NC.21 2003