### PERSONIUS MELBER LLP
ATTORNEYS AT LAW
2100 MAIN PLACE TOWER
350 MAIN STREET
BUFFALO, NEW YORK 14202-3750
TELEPHONE (716) 855-1050  FAX (716) 855-1052
WWW.PERSONIUSMELBER.COM

SCOTT R. HAPEMAN
ASSOCIATE

srh@personiusmelber.com

May 28, 2024

**_(via email: jmanna@lglaw.com)_**
Joseph J. Manna, Esq.
Lipitz Green Scime Cambria LLP
Attorneys for Plaintiff
42 Delaware Ave., Suite 120
Buffalo, NY 14202

      **Re:**    **Gannon v. County of Niagara, et al.**
               **Our File No. 1583.01**

Dear Mr. Manna:

    As you know, our office represents Tess Harmon (Stewart) with regard to the April 29, 2024 subpoena for documents. Please allow this letter to serve as our response to that subpoena.

    1. All communications you have had with anybody concerning Kaitlynn Gannon[.]

    **RESPONSE:** Objection. This request is overbroad, unduly burdensome, vague, does not sufficiently identify the documents sought, and seeks information unrelated and irrelevant to the action described in the subpoena.

    2. All documents you received from the Niagara County Sheriff's and any documents you received from any defendant herein[.]

    **RESPONSE:** Ms. Harmon refers to the following documents:

- <u>EXHIBIT C</u> – April 4, 2023 email to Harmon attaching redacted case report.
- <u>EXHIBIT D</u> – Redacted case report – attachment to April 4, 2023 email.
- <u>EXHIBIT E</u> –December 1, 2023 and December 14, 2023 emails between Moll and Harmon.
- <u>EXHIBIT F</u> – 23 page "Criminal File" – attachment to December 14, 2023 email.

    3. All communications you have had with anybody concerning documents you received from the Niagara County Sherif's Office relating to Kaitlyn Gannon[.]

Scott R. Hapeman
May 28, 2024
Page 2

_____

**RESPONSE:** Objection. This request is overbroad, vague and does not sufficiently identify the documents sought. Subject to and without waiving these objections, Ms. Harmon refers to the following documents:

- <u>EXHIBIT A</u> – March 16, 2023 email to Niagara County Clerk.
- <u>EXHIBIT B</u> – Edited FOIL – attachment to March 16, 2023 email.
- <u>EXHIBIT C</u> – April 4, 2023 email to Harmon attaching redacted case report.
- <u>EXHIBIT D</u> – Redacted case report – attachment to April 4, 2023 email.
- <u>EXHIBIT E</u> – December 1, 2023 and December 14, 2023 emails between Moll and Harmon.
- <u>EXHIBIT F</u> – 23 page "Criminal File" – attachment to December 14, 2023 email.
- <u>EXHIBIT G</u> – Messages with the Administrator of "The Truth About "The Ugly Truth' Podcast" Facebook page.
- <u>EXHIBIT H</u> – January 16, 2024 email to Commissioner Miller – attached copy of "Criminal File."
- <u>EXHIBIT I</u> – April 24, 2024 email to Farias – attached pages 2, 5, 7 and 17 of "Criminal File."

4. All communications you received from anyone concerning: (a) Kaitlynn Gannon; (b) the Facebook page "the Truth About the Ugly Truth Podcast".

**RESPONSE:** Objection. This request is overbroad, unduly burdensome, vague, does not sufficiently identify the documents sought, and seeks information unrelated and irrelevant to the action described in the subpoena.

5. All documents you have ever provided to the Facebook page known as "The Truth About the Ugly Truth Podcast".

**RESPONSE:** Ms. Harmon refers to the following documents:

- <u>EXHIBIT D</u> – Redacted case report – attachment to April 4, 2023 email.
- <u>EXHIBIT F</u> – 23 page "Criminal File" – attachment to December 14, 2023 email.

6. The names and addresses or [sic] each and every person you provided information to as well as the information you provided to such person, concerning Kaitlynn Gannon including but not limited to documents you received from any defendant named herein.

**RESPONSE:** This request is overbroad, unduly burdensome, vague, does not sufficiently identify the documents sought, and seeks information unrelated and irrelevant to the action described in this subpoena.

Scott R. Hapeman
May 28, 2024
Page 3

_____

7. The names and addresses of all persons you involved with the face book page known as "The Truth About the Ugly Truth Podcast".

**RESPONSE:** This request is overbroad, unduly burdensome, vague, does not sufficiently identify the documents sought, and seeks information unrelated and irrelevant to the action described in this subpoena.

8. Copies of all face book posts you have made either in your name or using anonymous name or post concerning Kaitlynn Gannon.

**RESPONSE:** This request is overbroad, unduly burdensome, vague, does not sufficiently identify the documents sought, and seeks information unrelated and irrelevant to the action described in this subpoena.

If you have any questions relating to the above, please do not hesitate to contact our office.

Very truly yours,

Scott R. Hapeman

SRH/twk
Enc.

**foil request**

Tess Stewart <tess.stewart@outlook.com>

Thu 3/16/2023 9:17 PM

To:niagaracounty.clerk@niagaracounty.com <niagaracounty.clerk@niagaracounty.com>

📎 1 attachments (89 KB)

editedfoil.pdf;

**To whom it may concern,**

I have attached a FOIL request form.

**Thank you,**

**Tess Harmon**



# APPLICATION FOR PUBLIC ACCESS TO RECORDS
"Freedom of Information Law" (FOIL) Request

## NIAGARA COUNTY LEGISLATURE
Niagara County Courthouse, 175 Hawley Street
Lockport, NY 14094-2740

TO:  RECORDS ACCESS OFFICER                    **DATE:**  3/16/23

DEPARTMENT (DIVISION): _____

| NAME (Please Print) | Mr. / Mrs. / Ms. / Miss | Tess Harmon | PHONE NUMBER | ( 865 ) 964-1176 |
|---|---|---|---|---|

BUSINESS NAME (For Niagara County employees, name of employing agency) _____

MAILING ADDRESS  1031 Crest Drive, Jefferson City, TN 37760

**I wish to inspect the following record(s):    (PLEASE FULLY IDENTIFY)**

Any records related to a human trafficking complaint made by Kaitlynn Gannon, in any year.

_____

_____

_____

_____

SIGNATURE: *Tess Harmon*

## STOP HERE - FOR OFFICE USE ONLY

☐ APPROVED - You may see and/or copy this (these) record(s) as follows:

DATE: _____    TIME: _____    PLACE: _____

☐ DENIED - For the reason(s) checked below:

☐ Confidential disclosure
☐ Part of investigatory files
☐ Unwarranted invasion of personal privacy
☐ Record is not maintained by this agency
☐ Exempted by statute other than the Freedom of Information Law
☐ The Freedom of Information Law does not provide access to this information
☐ Primary source of information is _____
☐ Record to which this agency is legal custodian cannot be found
☐ Other (specify) _____

_____

_____    _____

SIGNATURE (Records Access Officer)                    DATE

| Price Per Copy: | Received By: |
|---|---|
| Number of Copies: | Amount Received: |
| Amount Due: | Cash / Check / Money Order No: |

NC.21  2003

HARMON000002

**Foil Request**

Laura Moll <Laura.Moll@niagaracounty.com>
Tue 4/4/2023 3:58 PM
To:tess.stewart@outlook.com <tess.stewart@outlook.com>

📎 1 attachments (147 KB)
2022-6333_Redacted.pdf;

Ms. Harmon,

Please see the attached regarding your Foil request.


Notice: This electronic transmission is intended for the sole use of the individual or entity to which it is addressed and may contain confidential, privileged or otherwise legally protected information. If you are not the intended recipient, or if you believe you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. Niagara County is not responsible for the content of any external hyperlink referenced in this email or any email. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY EMAIL AND DELETE THE ORIGINAL MESSAGE ALONG WITH ANY PAPER OR ELECTRONIC COPIES. Thank you for your cooperation.

| Page 1 of 2 | | NIAGARA COUNTY SHERIFF | FIELD CASE REPORT | OR # 2022-00006333 |
|---|---|---|---|---|

**DETAIL**

| INCIDENT TYPE | REPORT DATE AND TIME | DATE AND TIME FROM | DATA AND TIME TO |
|---|---|---|---|
| Sex Offense | 04/04/2022 08:00 | 10/29/2021 12:00 | 10/29/2021 12:00 |

INCIDENT LOCATION

, NY

**OFFENSES**

| STATUTE · PL 130.36  01  BF1 | ATTEMPT/COMMIT · Completed | COUNTS · 1 |
|---|---|---|
| DESC · RAPE INTRCRSE FORCIBLE COMPLSN | | |
| STATUTE · | ATTEMPT/COMMIT · | COUNTS · |
| DESC · | | |
| STATUTE · | ATTEMPT/COMMIT · | COUNTS · |
| DESC · | | |
| STATUTE · | ATTEMPT/COMMIT · | COUNTS · |
| DESC · | | |
| STATUTE · | ATTEMPT/COMMIT · | COUNTS · |
| DESC · | | |
| STATUTE · | ATTEMPT/COMMIT · | COUNTS · |
| DESC · | | |

**SUBJECT**

| SUBJECT TYPE  Adult | NAME (LAST, FIRST, MIDDLE SUFFIX) | ☐ VICTIM IS ALSO COMPLAINANT | | |
|---|---|---|---|---|
| Victim | Gannon, Kaitlynn, | | | |

| ADDRESS | | | PHONE 1 | PHONE 2 |
|---|---|---|---|---|
| , NY | | | | PHONE 3 |

| DOB | AGE | SEX F | RACE | | ETHNICITY | |
|---|---|---|---|---|---|---|
| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | GLASSES | ALIAS | |

| SCHOOL OR EMPLOYER NAME AND ADDRESS | PHONE · | SCARS MARKS TATTOOS (CODE-TYPE-LOCATION-DESC) |
|---|---|---|

**SUBJECT**

| SUBJECT TYPE  Adult | NAME (LAST, FIRST, MIDDLE SUFFIX) | ☐ VICTIM IS ALSO COMPLAINANT | | |
|---|---|---|---|---|
| Suspect | | | | |

| ADDRESS | | | PHONE 1 | PHONE 2 |
|---|---|---|---|---|
| , NY | | | | PHONE 3 |

| DOB | AGE | SEX M | RACE | | ETHNICITY | |
|---|---|---|---|---|---|---|
| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | GLASSES | ALIAS | |

| SCHOOL OR EMPLOYER NAME AND ADDRESS | PHONE · | SCARS MARKS TATTOOS (CODE-TYPE-LOCATION-DESC) |
|---|---|---|

**SUBJECT**

| SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | ☐ VICTIM IS ALSO COMPLAINANT | | |
|---|---|---|---|---|

| ADDRESS | | | PHONE 1 | PHONE 2 |
|---|---|---|---|---|
| | | | | PHONE 3 |

| DOB | AGE | SEX | RACE | | ETHNICITY | |
|---|---|---|---|---|---|---|
| HEIGHT | WEIGHT | HAIR COLOR | EYE COLOR | GLASSES | ALIAS | |

| SCHOOL OR EMPLOYER NAME AND ADDRESS | PHONE · | SCARS MARKS TATTOOS (CODE-TYPE-LOCATION-DESC) |
|---|---|---|

| CASE STATUS | EXCEPTIONAL CLEARANCE | | |
|---|---|---|---|
| Closed | | | |

| REPORTING OFFICER (LAST, FIRST  BADGE) | DATE | REVIEWED BY (LAST, FIRST  BADGE) | DATE |
|---|---|---|---|
| Gaydos, Stephen    0060 | 04/04/2022 | Gaydos, Stephen    0060 | 04/04/2022 |



| Page 2 of 2 | | **NIAGARA COUNTY SHERIFF**<br>FIELD CASE REPORT | OR #<br>**2022-00006333** |
|---|---|---|---|

**NARRATIVE**

The Niagara County Sheriff's Office Criminal Investigation Bureau received a report of a possible sex offense that occurred in ▮▮▮▮▮▮  The investigation was completed and the case is closed.

NARRATIVE

| REPORTING OFFICER (LAST, FIRST   BADGE)<br>**Gaydos, Stephen   0060** | DATE<br>**04/04/2022** | REVIEWED BY (LAST, FIRST   BADGE)<br>**Gaydos, Stephen   0060** | DATE<br>**04/04/2022** |
|---|---|---|---|

RE: FOIL Request

Laura Moll <Laura.Moll@niagaracounty.com>
Thu 12/14/2023 9:05 AM
To:Tess Stewart <tess.stewart@outlook.com>

📎 1 attachments (2 MB)
Gannon_Redacted.pdf;

Ms. Harmon,

Please see the attached regarding your Foil request.

**From:** Tess Stewart <tess.stewart@outlook.com>
**Sent:** Friday, December 1, 2023 11:16 AM
**To:** Laura Moll <Laura.Moll@niagaracounty.com>
**Subject:** Re: FOIL Request

> [EXTERNAL MESSAGE]
> This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.
> *- Niagara County IT*

Yes, I'm looking for the criminal file.

Thank you.

**From:** Laura Moll <Laura.Moll@niagaracounty.com>
**Sent:** Friday, December 1, 2023 11:08:54 AM
**To:** tess.stewart@outlook.com <tess.stewart@outlook.com>
**Subject:** FOIL Request

Ms. Harmon,

I am in receipt of your FOIL request regarding documents for case number 2022-6333. I believe we sent you the report regarding that case in April.  Just to clarify, are you looking for the Criminal File?  Thank you.

Notice: This electronic transmission is intended for the sole use of the individual or entity to which it is addressed and may contain confidential, privileged or otherwise legally protected information. If you are not the intended recipient, or if you believe you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, or the taking of any action in reliance on the contents of this information, is strictly prohibited. Niagara County is not responsible for the content of any external hyperlink referenced in this email or any email. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY EMAIL AND DELETE THE ORIGINAL MESSAGE ALONG WITH ANY PAPER OR ELECTRONIC COPIES. Thank you for your cooperation.

Notice: This electronic transmission is intended for the sole use of the individual or entity to which it is addressed and may contain confidential, privileged or otherwise legally protected information. If you are not the intended recipient, or if you believe you are not the intended recipient, you are hereby notified that any use, disclosure, copying, distribution, or the taking of any action in reliance on the

HARMON000606

contents of this information, is strictly prohibited. Niagara County is not responsible for the content of any external hyperlink referenced in this email or any email. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY EMAIL AND DELETE THE ORIGINAL MESSAGE ALONG WITH ANY PAPER OR ELECTRONIC COPIES. Thank you for your cooperation.

HARMON000007

**NIAGARA COUNTY SHERIFF'S OFFICE**
**Criminal Investigation Bureau**

**Case Review**

Victim/Complainant: Kaitlynn Gannon     Date Assigned: 02-28-22

Investigator Assigned: Gaydos     CIB/JIB Case # CR-22-4-002

                        Radio Log # 6333

| ITEM | YES | NO | COMMENTS |
|---|---|---|---|
| Crime Report | X | | |
| Inv. Supplemental Report | X | | |
| Forensic/CSI Report | | X | |
| Crime Scene Photographs | | X | |
| Medical Examiner Reports | | X | |
| Lab/Property Receipts | | X | |
| Property in Evidence | | X | |
| Arrest Report (Print out and add to case file) | | X | |
| Search Warrant(s) | | X | Total for case = (Count all – i.e. house, cell, vehicle, computer, etc.) |
| Teletype File Message | | X | |
| All Investigative Notes | X | | |
| | | | |
| | | | |

**Investigator Comments:** **Case closed administratively.**

**DISPOSITION**

| | | |
|---|---|---|
| Closed by Arrest | Name: | DOB: |
| | Name: | DOB: |
| | Name: | DOB: |
| Warrant Issued | Court/Judge: | Date: |
| Closed – No Arrest | Date Returned:  04-04-22 | |
| Pending - NO | Supervisor Review | Date: 5/2/22 |

## CASE SUPPLEMENTAL ACTIVITY REPORT
## NIAGARA COUNTY SHERIFF'S OFFICE

**02-28-22**   I was assigned a case regarding allegations of sex abuse made by **KATELYNN GANNON** of Ridge Road in Lewiston.  The incidents reportedly occurred at her residence in Lewiston and in the City of Lockport.  Lockport Police Det. **TRICIA VOSBURGH** was also involved in the investigation.  On 01-06-22, Det. Vosburgh took a written deposition from Ms. Gannon.  That statement is included in this case file.  One of the incidents occurred when she left her job at Elderwood in Lockport, a male she knows as ███████████ took her in her vehicle and drove around with her, ultimately sexually abusing her.  Ms. Gannon alleged that ███████ has also showed up at her residence.

Det. Vosburgh had photographs of ███████████ that Ms. Gannon positively identified as being the man who assaulted her.  Ms. Gannon also had Ring doorbell camera footage from her residence at ███████ of the man she identified as ██████.  Inv. **JUSTIN BIRMINGHAM** and Det. Vosburgh responded to ███████████ residence to try to speak with him.  He was not home.  Det. Vosburgh made contact with him via phone and he advised her that he was in Miami but could meet with them on 03-01-22 at the ██████ Fire Department.

**03-01-22**   Inv. Birmingham and Det. Vosburgh met with █████ at the █████ Fire Department.  He advised them that he did not know who Ms. Gannon was and he did not recognize her picture.  He also did not recall being at any house on Ridge Road.  They showed him the Ring footage and he advised them that it was not him.  Inv. Birmingham noted that █████ is ██████ and is bigger than the person in the footage.  █████ also stated that during the dates in question reported by Ms. Gannon ( October 22, 2021, October 26, 2021 and October 29, 2021) he was on a cruise.  He showed them the calendar on his phone to prove this.

Ms. Gannon has made similar allegations in the past (not against ███████████) that were shown to be unfounded by the FBI and WNY Human Trafficking Task Force.  I spoke with Det. Vosburgh and she advised that she would be closing her case soon.  This case is closed.

| CASE NUMBER / RL NUMBER /<br>CR:  22-CR-4-002 | / RL : 6333 | |
|---|---|---|
| **DATE OF ACTIVITY**<br>02-28-22 | **PLACE OF ACTIVITY**<br>NCSO | |
| **CONDUCTED BY**<br>Inv. Stephen W. Gaydos | | **SIGNATURE OR INITIALS** |

THIS DOCUMENT IS THE PROPERTY OF THE NIAGARA COUNTY SHERIFF'S OFFICE.  IF LOANED TO ANOTHER LAW ENFORCEMENT AGENCY IT IS NOT TO BE RELEASED OR PHOTOCOPIED WITHOUT THE AUTHORIZATION OF THE NIAGARA COUNTY SHERIFF'S OFFICE.

HARMON000009

Page 1 of 2

## NIAGARA COUNTY SHERIFF
### FIELD CASE REPORT

CR # 2022-00006333

| DETAIL | | | |
|---|---|---|---|
| INCIDENT TYPE **Sex Offense** | REPORT DATE AND TIME **04/04/2022  08:00** | DATE AND TIME FROM **10/29/2021  12:00** | DATA AND TIME TO **10/29/2021  12:00** |
| INCIDENT LOCATION **2232 Ridge RD** **Lewiston, NY** | | | |

**OFFENSES**

| STATUTE **PL 130.35  01  BF1** | ATTEMPT/COMMIT **Completed** | COUNTS **1** |
|---|---|---|
| DESC **RAPE INTRCRSE FORCIBLE COMPLSN** | | |
| STATUTE | ATTEMPT/COMMIT | COUNTS |
| DESC | | |
| STATUTE | ATTEMPT/COMMIT | COUNTS |
| DESC | | |
| STATUTE | ATTEMPT/COMMIT | COUNTS |
| DESC | | |
| STATUTE | ATTEMPT/COMMIT | COUNTS |
| DESC | | |
| STATUTE | ATTEMPT/COMMIT | COUNTS |
| DESC | | |

**SUBJECT**

SUBJECT TYPE **Victim**  **Adult**   NAME (LAST, FIRST, MIDDLE SUFFIX) **Gannon, Kaitlynn,**   ☐ VICTIM IS ALSO COMPLAINANT

| ADDRESS | | PHONE 1 | PHONE 2 |
|---|---|---|---|
| DOB ▓    AGE    SEX **F**    RACE **White** | | ETHNICITY **Non Hispanic** | PHONE 3 |
| HEIGHT   WEIGHT   HAIR COLOR   EYE COLOR   GLASSES | | ALIAS | |
| SCHOOL OR EMPLOYER NAME AND ADDRESS         PHONE | | SCARS MARKS TATTOOS (CODE-TYPE-LOCATION-DESC) | |

**SUBJECT**

SUBJECT TYPE **Suspect**  **Adult**   NAME (LAST, FIRST, MIDDLE SUFFIX) ▓   ☐ VICTIM IS ALSO COMPLAINANT

| ADDRESS ▓ | | PHONE 1 | PHONE 2 |
|---|---|---|---|
| DOB    AGE    SEX **M**    RACE ▓ | | ETHNICITY ▓ | PHONE 3 |
| HEIGHT   WEIGHT   HAIR COLOR   EYE COLOR   GLASSES | | ALIAS | |
| SCHOOL OR EMPLOYER NAME AND ADDRESS         PHONE | | SCARS MARKS TATTOOS (CODE-TYPE-LOCATION-DESC) | |

**SUBJECT**

SUBJECT TYPE     NAME (LAST, FIRST, MIDDLE SUFFIX)   ☐ VICTIM IS ALSO COMPLAINANT

| ADDRESS | | PHONE 1 | PHONE 2 |
|---|---|---|---|
| DOB    AGE    SEX    RACE | | ETHNICITY | PHONE 3 |
| HEIGHT   WEIGHT   HAIR COLOR   EYE COLOR   GLASSES | | ALIAS | |
| SCHOOL OR EMPLOYER NAME AND ADDRESS         PHONE | | SCARS MARKS TATTOOS (CODE-TYPE-LOCATION-DESC) | |

| CASE STATUS **Closed** | EXCEPTIONAL CLEARANCE | |
|---|---|---|
| REPORTING OFFICER (LAST, FIRST  BADGE) **Gaydos, Stephen    0060** | | DATE **04/04/2022** |
| REVIEWED BY (LAST, FIRST  BADGE) **Gaydos, Stephen    0060** | | DATE **04/04/2022** |

| Page 2 of 2 | | **NIAGARA COUNTY SHERIFF**<br>**FIELD CASE REPORT** | CR #<br>**2022-00006333** |
|---|---|---|---|

## NARRATIVE

The Niagara County Sheriff's Office Criminal Investigation Bureau received a report of a possible sex offense that occurred in Lewiston. The investigation was completed and the case is closed.

| REPORTING OFFICER (LAST, FIRST  BADGE) | DATE | REVIEWED BY (LAST, FIRST  BADGE) | DATE |
|---|---|---|---|
| **Gaydos, Stephen    0060** | **04/04/2022** | **Gaydos, Stephen    0060** | **04/04/2022** |

HARMON000011<br>NCSO Case 2022-00006333 Page 2 OF 2

# NIAGARA COUNTY SHERIFF'S OFFICE - CRIMINAL INVESTIGATION BUREAU
## REPORT OF INVESTIGATIVE ACTIVITY

**February 28, 2022**

I met with Detective Vosburgh from the Lockport Police Department regarding a case involving Kaitlynn A. Gannon where she reported incidents that occurred in both Lewiston and Lockport possibly involving the same individual. Vosburgh explained that Kaitlyn provided her information stating that she identified an individual named █████ ████████ as the individual who sexually assaulted her. Vosburgh had photographs of █████ that Kaitlynn positively identified as well as Ring Camera footage from Kaitlynn's residence at █████████████ of the man she identified as █████.

I proceeded to █████████████ with Vosburgh to attempt to speak with █████ with negative result as he was not home. Vosburgh made contact with █████ on the phone and he advised that he was in Miami, Florida and that he would be home later in the day. Vosburgh made arrangement to meet with █████ on March 1, 2022 at the █████ Fire Department on Main Street.

**March 1, 2022**

I proceeded to the █████ Fire Department with Vosburgh and met with █████. █████ advised that he did not know Kaitlyn Gannon and he did not recognize her picture. █████ advised that he does not do residential work and he did not recall being at a house on Ridge Road. We showed █████ the Ring Camera footage of the individual Kaitlyn identified as █████ at her front door and he advised that it was not him. (█████████████ and looks bigger than the individual in the video footage.) Finally, █████ advised that during the dates in question reported by Kaitlyn (October 22, 2021, October 26, 2021, and October 29, 2022) he was on a cruise. █████ was able to show us his calendar on his phone without any opportunity to make modifications.

| CASE NUMBER / RL NUMBER / | |
|---|---|
| **CR:22-CR--    /    RL:2022-** | |
| DATE OF INVESTIGATIVE ACTIVITY | PLACE OF INVESTIGATIVE ACTIVITY |
| **February 28, 2022** | **Lockport Police Department** |
| CONDUCTED BY | SIGNATURE OR INITIALS |
| **Inv. Justin Birmingham** | |

THIS DOCUMENT IS THE PROPERTY OF THE NIAGARA COUNTY SHERIFF'S OFFICE. IF LOANED TO ANOTHER LAW ENFORCEMENT AGENCY IT IS NOT TO BE RELEASED OR PHOTOCOPIED WITHOUT THE AUTHORIZATION OF THE NIAGARA COUNTY SHERIFF'S OFFICE. HARMON000012

| 1. Agency | | 2. Division/Precinct | **New York State** | | 3. ORI | 4. ☒ Orig | 5. Case No. | 6. Incident No. |
|---|---|---|---|---|---|---|---|---|
| CITY OF LOCKPORT POLICE | | DETECTIVE | **INCIDENT REPORT** | | NY NY0310100 | ☐ Supp | CA-01753-21 | BL-015115-21 |

| 7. Report Day | 8. Date | | | 9. Report Time | Occurred On/From: | 10. Day | 11. Date | | | 12. Time | Occurred To: | 13. Day | 14. Date | | | 15. Time |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sat | 10 | 30 | 2021 | 0952 | | Sat | 10 | 30 | 2021 | 0952 | | Sat | 10 | 30 | 2021 | 0952 |

**INCIDENT**

| 16. Incident Type | 17. Business Name | 18. Weapon(s) | A. |
|---|---|---|---|
| SEX CRIME | ODD FELLOWS HOME | | |

| 19. Incident Address (Street No., Street Name, Bldg. No., Apt. No.) | 20. City, State, Zip ( ☒ C  ☐ T  ☐ V) | 21. Location Code | B. |
|---|---|---|---|
| 104 OLD NIAGARA RD | LOCKPORT, NY, 14094 | 3201 | |

| 22. OFF. NO. | LAW | SECTION | SUB | CL. | CAT | DEG | ATT. | NAME OF OFFENSE | CTS | 23. No. of Victims |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | 1 |
| 2 | | | | | | | | | | 24. No. of Suspects |
| 3 | | | | | | | | | | |

**ASSOCIATED PERSONS**

25. Person Type: CO = Complainant  OT = Other  PI = Person Interviewed  PR = Person Reporting  WI = Witness  NI = Not Interviewed  VI = Victim  26. Victim also complainant ☒ Y ☐ N

| TYPE/NO | NAME (LAST, FIRST, MIDDLE, TITLE) | Date of B(irth) | STREET NO., STREET NAME, BLDG. NO., APT. NO., CITY, STATE, ZIP | TELEPHONE NO. |
|---|---|---|---|---|
| VI | GANNON, KAITLYNN, A | ▮ | ▮ | BUSINESS / RESIDENCE |
| SU | UNKNOWN | | | BUSINESS / RESIDENCE |
| IN | KRULL, LAURIE, J | | ▮ | BUSINESS / (P)( )( )FICE |
| | | | | BUSINESS / RESIDENCE |

**VICTIM**

| 27. Date of Birth | 28. Age | 29. Sex | 30. Race | 31. Ethnic | 32. Handicap | 33. Residence Status | ☐ Temp. Res.- Foreign Nat. |
|---|---|---|---|---|---|---|---|
| 05    10    1987 | 34 | ☒ M ☐ F ☐ U | ☒ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk. | ☐ Hispanic ☐ Unk. ☒ Non-Hispanic | ☐ Yes ☒ No | ☐ Resident ☐ Tourist ☐ Student ☐ Commuter ☐ Military ☐ Homeless | ☐ Other ☐ Unk. |

34. Victim DID receive information on Victim's Rights and Services pursuant to New York State Law    ☐ YES    ☒ NO

**SUSPECT / MISSING/ARRESTED PERSON**

| 35. Type/No. | 36. Name (Last, First, Middle) | 37. Alias/Nickname/Maiden Name (Last, First, Middle) | 38. Apparent Condition |
|---|---|---|---|
| SU | UNKNOWN | | ☐ Impaired Drugs ☐ Mental Dis ☐ Unk. ☐ Impaired Alco ☐ Inj / Ill ☐ App Norm |

| 39. Address (Street No., Street Name, Bldg. No., Apt. No., City, State, Zip)) | 40. Phone No. | ☐ Call ☐ Home ☐ Work | 41. Social Security No. |
|---|---|---|---|

| 42. Date of Birth | 43. Age | 44. Sex | 45. Race | 46. Ethnic | 47. Skin | 48. Occupation |
|---|---|---|---|---|---|---|
| | | ☐ M ☐ F ☐ U | ☐ White ☐ Black ☐ Other ☐ Indian ☐ Asian ☐ Unk. | ☐ Hispanic ☐ Unk. ☐ Non-Hispanic | ☐ Light ☐ Dark ☐ Unk. ☐ Medium ☐ Other | |

| 49. Height | 50. Weight | 51. Hair | 52. Eyes | 53. Glasses | 54. Build | 55. Employer/School | 56. Address |
|---|---|---|---|---|---|---|---|
| | | | | ☐ Yes ☐ Contacts ☐ No | ☐ Small ☐ Large ☐ Medium | | |

| 57. Scars/Marks/Tattoos (Describe) | 58. Misc. |
|---|---|

**PROPERTY**

| 59. Victim or Suspect No. | Property Status | Property Type | Quantity | Measure | Make or Drug Type | Model | Serial No. | Description | Value |
|---|---|---|---|---|---|---|---|---|---|
| 05 | SELF S | 49 | N 1 L T | TABLE U | 00 | TABLE Y | | | clear plastic container with a brown f | |

**VEHICLE**

| 60. Vehicle Status | 61. License Plate No. | Full ☐ Partial ☐ | 62. State | 63. Exp. Yr. | 64. Plate Type | 65. Value |
|---|---|---|---|---|---|---|
| TABLE W | | | | | | 0 |

| 66. Veh. Yr. | 67. Make | 68. Model | 69. Style | 70. VIN. |
|---|---|---|---|---|

| 71. Color(s) | 72. Towed By: To: | 73. Vehicle Notes |
|---|---|---|

**NARRATIVE**

74.  10/30/2021 11:57 -- VOSBURGH, TRICIA (07525) -- ON GOING SEX CRIME
     INVESTIGATION

(Right column boxes: X X X X X X X X X X X X)

B. Use cover sheet ↑

**ADMINISTRATIVE**

| 75. Inquiries (Check all that apply) ☐ DMV ☐ Want/Warrant ☐ Scofflaw ☐ Crim. History ☐ Stolen Property ☐ Other | 76. NYSPIN Message No. | 77. Complainant Signature | 85. |
|---|---|---|---|
| 78. Reporting Officer Signature (Include Rank) | 79. ID No. | 80. Supervisor's Signature (Include Rank) | 81. ID No. | Page of 1 Pages |

| 82. Status ☐ Open ☐ Closed (If Closed, check box below) ☐ Unfounded ☐ Victim Refused to Coop. ☐ Arrest | 83. Status Date | 84. Notified/TOT |
|---|---|---|
| ☐ Pros Declined ☐ Warrant Advised ☐ CBI ☐ Juv. - No Custody ☐ Arrest - Juv ☐ Offender Dead ☐ Extrad. Declin ☐ Unk. | | |

DCJS-3205 (11/06)  *FALSE STATEMENTS ARE PUNISHABLE AS A CRIME, PURSUANT TO THE NEW YORK STATE PENAL LAW.

HARMON000013

CA-1753-21

JD

11/3/21

HARMON000014

Kaitlynn Gannon

March 2020 - Jeni ~~Otto~~ Amo
↳ Homeland Security
- Sex trafficking front
- cameras in house

- Friday 22nd - home

████████████████  -  ███████

↳ Monday - Family Health Center
- Jessie Nash

- Tuesday 26th -
- In vehicle - Wednesday - Clinic    same
- Artpark    - Knife - threatened

- Friday 29th - October - assault in car @
Elderwood

- October 22nd on front porch - nng video

- Blue Chrysler Pacifica - owned by Kaitlynn

- Blk truck ⟩ suspect vehicles
- White suv ⟩

Tuesday, Thursday, Friday ⟩ work schedule

CA-1753-21    Kaitlynn Gannon

⊤Ʋ
11/4/21

Phil - head of maintanence

- Wednesday - 11/10/2021 @ 1100hrs.

HARMON000015

CA-1753-21

ENH ER

Kaitlynn A. Gannon

█████████████████████████

Laurie Krull

████████████████

Last Friday / Tuesday / This Friday ⟩ 3 sex assault this week

↳ attempted strangulation

- bruising — new + some healing
- ↳ per Dr. Rogers

↳ threatened knife

HARMON000012

10/30/21

10/30/21, 12:22 PM                                   IBM WebSphere Portal

**DMV Registration**

**Submitted:** 10/30/2021 12:06 PM by vosburght
**Search Criteria: Plate:** ███████

--------------------------------------------------------------------------------

**Status:** VALID   **Expiration:** 11/20/2022   **Plate Issued:** 11/21/2020
**Plate:** ██████   **Class:** PAS - Passenger Plate (016)
**Style:** X   **Logo:** EXCELSIOR   **Legend:** PASSENGER
**Vehicle:** 2011; CHEVROLET; SILVERADO; PICK-UP TRUCK; BLACK
**Maximum Load Weight:** 5211
**Vehicle ID:** ███████

**Insurance Co.:** PROGRESSIVE CSTLY INS CO   **Insurance Code:** 413

**Name:** GAJEWSKI, KRYSTYNA   **Birth Date:** ███████   **Sex:** Female
**Address:** ███████████████
**Motorist ID:** ████████████

--------------------------------------------------------------------------------

**Transaction ID:** 6103b615-399b-11ec-be3e-272727271717

HARMON000017

https://www.ejustice.ny.gov/wps/myportal/lut/p/z1/IZBPC4JAFMQ_SwvvreaunXzEJsimZFoewkFU8FcWU2oT58l1KF_1Nze8lsZeMAbBMqfZtpXS---   1/1

**NIAGARA COUNTY SHERIFF'S DEPARTMENT**
**FORENSIC LABORATORY**
5526 Niagara St. Ext.    Lockport, NY 14094        Phone (716) 438-3360   FAX (716) 438-3362

## REQUEST FOR LABORATORY EXAMINATION

Submitting Agency: LOCKPORT PD                     Send Report To: DET. TRICIA VOSBURGH

Agency Case No.: CA-1153-21      Time & Date of Occurrence:            Charges: PL 130.25(3)

DNA Case: [✓] Has other **EVIDENCE** been previously submitted to the Lab? [ ]     Lab Case # _____

### DNA CASES ONLY

Rush testing requested: [ ]                                    Suspect Arrested: [ ]

Other Cases this Evidence should be compared to: _____

Case Scenario or attach police and/or crime scene report(s) to submittal:
Report of forcible non-consensual sexual intercourse, Item 1
placed inside victim by suspect

DEFENDANT(S): (last name, first name, DOB)          DEFENDANT(S): (last name, first name, DOB)
1  UNKNOWN                                           2 _____

VICTIM(S): (last name, first name, DOB)             VICTIM(S): (last name, first name, DOB)
1  GANNON, KAITLYNN  ████████                        2 _____

| Lab Use Only NCSO Item # | Agency Item # | Description of Evidence | Check for DNA |
|---|---|---|---|
|  | 1 | SEALED EVIDENCE BAG WITH A CLEAR PLASTIC BAG CONTAINING A CLEAR PLASTIC CONTAINER WITH A WOUND FOLDED PAPER | [✓] |
|  |  |  | [ ] |
|  |  |  | [ ] |
|  |  |  | [ ] |
|  |  |  | [ ] |
|  |  |  | [ ] |

Type of Examination Requested:
DNA / BODILY FLUIDS

By signing this form you acknowledge that the laboratory will select the appropriate items to be analyzed and the methods of analysis.

Transferred to: [ ] Walk-in refrigerator
[ ] Drug Vault  [ ] Pending Analysis Room
Date: _____ Initials: _____ Time: _____

**(This Space For Laboratory Use Only)**

RECEIVED FROM: Det. Trisha V. (19)

PRINT LAST NAME: VOSBURGH

DATE & TIME: 11/2/21    1342

RECEIVED BY: _____

NCSO Forensic Lab
**LAB# 211823**

AF-4.4 (Submission Form)
Rev.6  06/19
Issued By: QM

HARMON000018

CA-1753-21

HARMON000013

TV

11/10/21

<u>Interview w/ Kaitlynn Gannon</u>

- Friday 5th - Storage Facility  — not physically
  5:24⊙ 6:21 pm ⊙ occured      okay.
   ↑       there approximate 1 hour

near home
        Green roof


- Tuesday - Lewiston


Kiwanis park
   - bike path runs behind park
   - apartment - on river area - bike path
              ↳ Four mile creek across
                street - 4 mile Golf
Dance                        course
   - drops - 1615 - 1730 hrs pickup
   - occured w/in this time frame



- can't give further detail

ISA-1753-2R

## Phone Convo w/ Kaitlyn Gannen 1/6/22
## Other Guy

(TU)

- We are waiting for you
- Hi Katie

- send desk # to Kait (send address to Kait off)

- She's going to send me photos

- discussed calling 911 as things are happening

A-1753-21

HARMON000021

TL
1/6/22

- car was locked
  - don't know how he got into car
  why did you get into car
  - I didn't think I had a choice
      - I've never had a choice before + if
        I don't do it now, its worse later
- year → he has hurt me

        █████████████████

           ↳ knows name is associated
              w/ my Dad
                 ↳ Ronald Cook


- left premises → two men in car →
                    one driving
- on floor in back


     ████████ was assaulting me in back
       of my van as the other was
     driving around


  — don't know what object
      — cold + hard


②

**CITY OF LOCKPORT POLICE**           Page    1

SUPPORTING DEPOSITION

DATE/TIME PRINTED: 01/12/2022 09:14:15

CASE REPORT #: CA-01753-21

---

01/06/2022 16:44 -- VOSBURGH, TRICIA (07525) --

I, THE UNDERSIGNED,  KAITLYNN A. GANNON, RESIDING AT ██████████
LOCATED IN LEWISTON NEW YORK, BEING THIRTY FOUR YEARS OF AGE,
BORN IN NEW YORK ON,██████████, DO HEREBY MAKE THE FOLLOWING
STATEMENT TO DETECTIVE TRICIA VOSBURGH, SHE HAVING FIRST IDENTIFIED
HERSELF AS A POLICE OFFICER, KNOWING THAT I AM MAKING THIS
STATEMENT OF MY OWN FREE WILL, DEPOSE AND STATE:

On Friday October 29, 2021 I walked out of my work on my lunch break and as I
walked up to my car, I saw a man sitting in the driver's seat. I froze. My car was
locked so I don't know how he got into my car. I'm not sure how I got into the car,
those details are fuzzy. I do know I got into the car because I didn't think I had a
choice, I've never had a choice before and I thought that if I didn't do it now it always
gets worse later. The man sitting in the driver seat who I don't know his name, it thin
and not quite as tall as ██████, he is taller than me but shorter than██████. He has
lighter hair but not blonde and is balding in the front. He always wears a black
carhartt kind of jacket, jeans, and work boots. He does not have any glasses or facial
hair but he does have mangy teeth. His nails are always dirty around the outside like
greasy. I don't think he wears any rings. This is the guy who has been showing up
inside my work recently and he has shown up at my house before. The man driving
my car started driving and just drove around, he never stopped. I don't know where he
was and I couldn't see out of the window.

I remember being in the back of my own car. I was laying on the floor in the back of
my van with another man whom I did not know his name at the time but now know
him to be ██████████. ██████ is taller than me and I am five feet seven inches
so ██████ is maybe six feet tall. He has short regular brown hair, ██████ has a
mustache and wears ugly glasses. He is big with a beer belly kind of thing. He
usually wears jeans and some kind of button down work kind of shirt almost like a
utility type of shirt. He usually is wearing work boots, maybe dark brown in color.
He was talking but what his words are I'm not sure. I can hear him but I don't know
what he's saying. He took my pants and underwear off and pushed my knees apart
and knelt between them. It was so tight and he kept kneeling on my skin and falling
onto me when the car jerked. He slid his hands across my hair and pulled it when that
happened but I didn't yell because I know he'll get madder. He took a tool out of his
bag and he kept saying the word "slut" and he was mad. I felt ██████ put his hands
inside of me and I felt him open his hand inside me, and then he shoved the object
inside my vagina. I don't know what it was but it was cold and hard. He pushed it in
over and over and over. He unzipped his pants and he was getting off as he kept
pushing the object inside of me. I closed my eyes and ██████ told me not to fucking
do that. I don't know what happened next or how I got back into work. I think I

HARMON000022

blocked it out, that part is blank in my brain. I remember being in the bathroom at work and bleeding and panicking because my clothes weren't right from what happened in my van.

Before ▮▮▮▮ left me, he did insert another object into my vagina and he did leave it in my vagina. It happened in the back of my van, I don't know what the object is but he had stuff in his coat pockets. It brought me to the hospital because something was stuck and I couldn't get it out and it hurt. I have a hard time bringing forward anything he said. ▮▮▮▮ said things but I haven't been able to bring that information forward. I know he inserted something and left it in my vagina in preparation for someone who paid for the right to take it out and do whatever with it. Sometimes it's what they want to hurt me with and sometimes it's so they can "fix" it but that's bad too. I'm not supposed to take the objects out and they have hurt me in the past when I took whatever out before the payer had a chance to do whatever to me.

▮▮▮▮ has been showing up at my work lately and my house as well. The last time ▮▮▮▮ showed up at my house was Wednesday January 5, 2022 and he was outside of my backdoor when I was pulling out of my driveway around 9:15 in the morning.

For years now I've been hurt and sexually assaulted and I think it all goes back to my dad. I believe these men from over the years have been sent to me by my father and I've always been expected to do sexual things with them. I have been hurt for so long and I never feel safe. I'm scared all the time and am afraid to go anywhere. These men show up at my house, at my work and other places that I go. I want this to stop. I want these men to stop hurting me, I want to feel safe again. This has been happening my whole life and I just want it to stop. ɣℓ

I AM AT LOCKPORT POLICE DEPARTMENT WHERE I AM GIVING THIS STATEMENT TO DET TRICIA K VOSBURGH WHO IS TYPING IT FOR ME, AND I HAVE READ IT AND IT IS THE TRUTH.

FALSE STATEMENTS MADE HEREIN ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW OF THE STATE OF NEW YORK.

WITNESS: _____

PERSON GIVING STATEMENT

WITNESS: _____

HARMON000023

Inv. Theresa Nietzel   Erie Co. - ███████

2019 - initiated investigation

- Did confirm allegation about uncle's
  abuse by an uncle

- closed due to lack of ~~investigation~~
  evidence

no cooperating info. {
- above garage is apartment
  - he would bring clients over
  - abused
  - put in cages
  (all historical information)
}

- counselor always there

- cameras - known about
  - pole cameras not known about (Kait didn't)

- not able to cooberate any evidence
  - all brought in by Kaitlyn

- video - on pole camera - Kait is the person on video

- dad + brother - no concerns

HARMON000024

HARMON000025

Search

**2-Term Online MSW - Earn an advanced**

, New York, United States

Contact info

63 connections

🔒 Message     More

Get the LinkedIn

2/24/22, 11:24 AM



New York, United States · 63 connections

**Join to Connect**

## About

## Activity

HARMON000026



## Experience

**Owner**

**Production Manager**

**owner**

## Education

## Groups

HARMON000027

2/24/22, 11:24 AM





View [REDACTED] full profile

See who you know in common

Get introduced

Contact Randy directly

( Join to view full profile )

## People also viewed

 **Nick Gemayel**
Owner
Rochester, NY

 **Arielle Cirbus**
Mortgage Specialist at M&T Bank
Buffalo, NY

 **Joe Waters**
Helping Business Owners Finance Equipment. Creative Financing Solutions to Help You Grow and
Succeed!
Buffalo-Niagara Falls Area

 **Robert Rung**
Owner at NORTHBLOCK Construction LLC
East Amherst, NY

 **Brad Newman**
Ship's Captain, the vessel Molly B
Plymouth County, MA

 **Tony Aldred**
Ceo
Greater Sydney Area

 **Joseph Tumia**
President at Tumia Plumbing Co
Rochester, New York Metropolitan Area

HARMON000028

2/24/22, 11:24 AM

 [blacked out]

Imperial Beach, CA

**Mike Martucci**

Technician at Verizon

Erie, PA

**Brad Newman**

--

United States

Show more profiles

Others named [blacked out]

[blacked out]

Manager at Rhino Entertainment

Burbank, CA

[blacked out]

Owner, The Thompson Group

New Alexandria, VA

[blacked out]

director at Craftsman millwork and design ltd

Delta, BC

[blacked out]

Pastor at Cross and Crown Lutheran Church

Arlington Heights, IL

[blacked out]

Earn $100,000 Part Time, Pro Financial Services Home Income

Saltillo, TN

939 others named [blacked out] are on LinkedIn

See others named [blacked out]

# Add new skills with these courses

HARMON000029

2/24/22, 11:24 AM

 

On the Job Site: Construction

**Starting a Memorable Conversation**

See all courses

 **public profile badge**

Include this LinkedIn profile on other websites



View profile

View profile badges

© 2022                              About

Accessibility                       User Agreement

Privacy Policy                      Cookie Policy

Copyright Policy                    Brand Policy

Guest Controls                      Community Guidelines

Language

HARMON000030

The Truth about "The Ugly Truth" Podcast

wow....thank you so much. ya know someday when this is all over we should have a reunion where all us DIY sleuths get together and have coffee......or mabye we will all just be interviewed on the true crime podcast about kait
Dec 19, 2023 7:17:17am

Tess Stewart Harmon

Download file:
your_activity_across_facebook/messages/inbox/thetruthabouttheuglytruthpodcast_1015893630354709
6/files/Gannon_Redacted_737019075144438.pdf
Dec 18, 2023 12:03:17pm

Tess Stewart Harmon

Additional docs
Dec 18, 2023 12:02:54pm

The Truth about "The Ugly Truth" Podcast

Or for town of Lockport
Dec 18, 2023 12:02:26pm

The Truth about "The Ugly Truth" Podcast

perfect! You did one asking for additional documentation from the investigation?
Dec 18, 2023 12:02:22pm

Tess Stewart Harmon

I can send you mine if you want, I was really curious so sent in my own lol
Dec 18, 2023 11:29:24am

The Truth about "The Ugly Truth" Podcast

no not yet. I have been slammed at work.
Dec 18, 2023 11:27:30am

Tess Stewart Harmon

Did you put in the foil request yet?
Dec 14, 2023 5:23:56pm

The Truth about "The Ugly Truth" Podcast

Yes, he said to foil the case number.
Nov 15, 2023 11:31:52am

Tess Stewart Harmon

HARMON000031

Oh wow, thanks a lot for that update. Maybe dumb question, but how would the rest of those documents be FOILed? Can a more specific request be made for them?
Nov 15, 2023 11:31:16am

The Truth about "The Ugly Truth" Podcast

HI! Long time no chat. Things have been relatively quiet locally as Kait has put all her energy into Mezzo which is good because she hasn't named new names and I think the community has somewhat lost interest and/or recognizes that she's not being truthful since shes had a year to substantiate her claims. Many people who initially left cornerstone due to these claims are now back. BUT I wanted to reach out and update you. I spoke with Investigator Gaydos from Niagara County who gave context to the police report you FOIL'ed he said there is supporting documentation that shows they called who wasn't even in town on the date of the alleged incident. He said this should be available to FOIL. Also he said he worked with the FBI on this case and the FBI found her claims to be untrue so yet another confirmation of that. He also said kait has made a similar false report in Lockport where she claimed assault and the person she named could easily proof they weren't anywhere in the vicinity at the time
Nov 15, 2023 11:25:41am

The Truth about "The Ugly Truth" Podcast

Ah, no never made contact. He was out of the office for a week when you first sent it to me and then I talked to someone who knew him and they confirmed that the report was bullcrap but said the investigator wouldn't be able to provide more insight than that.
May 12, 2023 11:21:32am

Tess Stewart Harmon

I was thinking the complaint she made to niagara county
May 12, 2023 11:15:02am

The Truth about "The Ugly Truth" Podcast

for the FBI? No I couldn't get a hold of her BC she retired recently and the FBI has been very uncooperative when I call. I did speak with someone else who works in the buffalo office who talked to her and others about the case and he confirmed that the FBI indicates she is lying but no details beyond that regarding whether they caught her planting evidence
May 12, 2023 11:11:30am

Tess Stewart Harmon

Did you ever talk to the person who did the investigation?
May 12, 2023 10:56:42am

Tess Stewart Harmon

Oh good, hopefully they'll do some good reporting
May 12, 2023 10:56:25am

The Truth about "The Ugly Truth" Podcast

thank you. The WIVB investigative producer messaged the page asking for proof of things
May 12, 2023 10:52:16am

Tess Stewart Harmon

Download file:
your_activity_across_facebook/messages/inbox/thetruthabouttheuglytruthpodcast_1015893630354709
6/files/20226333_Redacted_1401824173914802.pdf
May 12, 2023 10:16:34am

Tess Stewart Harmon

Yeah
May 12, 2023 10:16:06am

The Truth about "The Ugly Truth" Podcast

he can you re send the Niagara county police report? The URL link expired and I cant seem to find
whentehr I downloaded it

Tess Stewart Harmon

Thank you
Apr 04, 2023 5:10:22pm

The Truth about "The Ugly Truth" Podcast

I'll keep you updated.
Apr 04, 2023 5:10:10pm

Tess Stewart Harmon

Ok yeah I hope he shares some info
Apr 04, 2023 5:07:32pm

The Truth about "The Ugly Truth" Podcast

so Stephen gaydos is out of the office until April 11 but I am going to call him
Apr 04, 2023 5:02:10pm

The Truth about "The Ugly Truth" Podcast

yup
Apr 04, 2023 5:01:58pm

Tess Stewart Harmon

At least with local police

HARMON000033

Apr 04, 2023 4:50:44pm

Tess Stewart Harmon

It's all just weird. Apparently she's never filed anything against her father or about the supposed threats at all
Apr 04, 2023 4:50:16pm

The Truth about "The Ugly Truth" Podcast

I have some connections in Niagara Falls, I'll ask around and see
Apr 04, 2023 4:48:33pm

Tess Stewart Harmon

Yeah maybe, there's a ███████████ in East Amherst but obviously it's a common name so I don't know if it was him specifically she accused
Apr 04, 2023 4:40:32pm

The Truth about "The Ugly Truth" Podcast

So it's also possible she was escorting or something like that
Apr 04, 2023 4:39:43pm

The Truth about "The Ugly Truth" Podcast

I wonder if the guy doesn't exist....so the wierd twist here is that Laurie was telling people she was actively being trafficked in early 2022
Apr 04, 2023 4:39:29pm

Tess Stewart Harmon

Yeah presumably the guy wasn't arrested? I'm not sure if he's anyone she claims was involved in her trafficking
Apr 04, 2023 4:38:49pm

The Truth about "The Ugly Truth" Podcast

Hmm so the question then is why was it closed. I know she had a rape exam at Lockport hospital but beyond that o don't know
Apr 04, 2023 4:37:24pm

Tess Stewart Harmon

Download file:
your_activity_across_facebook/messages/inbox/thetruthabouttheuglytruthpodcast_1015893630354709
6/files/20226333_Redacted_500879902090902.pdf
Apr 04, 2023 4:35:38pm

HARMON000034

The Truth about "The Ugly Truth" Podcast

Got it. Do you mind sending it?
Apr 04, 2023 4:35:14pm

Tess Stewart Harmon

Ok we'll Kait filed a rape complaint with them in April 2022 for an incident she says happened in
October 2021 against a                          and the case was closed
Apr 04, 2023 4:32:29pm

The Truth about "The Ugly Truth" Podcast

I never submitted for Niagara county, haven't heard back from NY which is good news bc last time I
tried I hear back within a few days
Apr 04, 2023 4:30:54pm

Tess Stewart Harmon

Did you get your foil request back for Niagara county? They sent me something today
Apr 04, 2023 4:30:06pm

## mezzo allies

From:  Tcanstew (tcanstew@aol.com)

To:    dcfcommissioner@state.ma.us

Date:  Tuesday, January 16, 2024 at 04:16 PM EST

Dear Ms. Miller,

I am writing to express concern about the MA DCF inviting Mezzo Allies to do trainings on family-controlled sex trafficking.

The founder of Mezzo Allies, Kait Gannon, has had her claims of trafficking, stalking, and sexual assault investigated by several police agencies, and all of them found her claims baseless. I have attached some documents that have been made publicly available by the New York State Freedom of Information Law. They show that Kait Gannon's sex trafficking allegations were investigated in 2020 by the FBI and the WNY Human Trafficking Task Force and found to be unfounded. Gannon also made sexual assault allegations to the Lockport Police Department and the Niagara County Sheriff's Department in 2021. The police found that the person she accused was out of town on the dates of the alleged incidents.

The evidence in this case indicates that Kait Gannon is not a victim of trafficking and is actually a serial false accuser. She and her former therapist, Laurie Krull, should not be positioned as anti-trafficking leaders and given access to a vulnerable population when they do not actually have the expertise they claim to have.

Sincerely,

T.C.

 Gannon_Redacted.pdf
2.2MB

mezzo allies

From: Tcanstew (tcanstew@aol.com)
To: kfarias@jri.org
Date: Wednesday, April 24, 2024 at 08:50 PM EDT

Dear Ms. Farias,

I am writing to express concern about the CAC of Bristol County inviting Mezzo Allies to do CSEC trainings.

The founder of Mezzo Allies, Kait Gannon, has had her claims of trafficking, stalking, and sexual assault investigated by several police agencies, including the FBI, Niagara County Sheriff's Office, City of Lockport, and the Western New York Human Trafficking Task Force. All of them found her claims baseless. I have attached some documents that were made publicly available by the New York State Freedom of Information Law. As stated in the documents, Gannon made a sexual assault allegation in 2022, and the police found that the person she accused was on a cruise on the dates of the alleged incidents. The FBI investigated Gannon's familial trafficking claims in 2020 and placed cameras around her home, as she was alleging ongoing threats, but found her claims unfounded.

Family-based CSEC is an extremely serious issue that deserves further research and attention. But this advocacy should be done by individuals that have real experience and understanding of the issue. The evidence in this case indicates that Kait Gannon is not a victim of trafficking, but instead a serial false accuser. She and her former therapist should not be positioned as anti-trafficking leaders and given access to a vulnerable population when they do not actually have the expertise they claim to have.

Sincerely,

T.C.

 1712888349865blob.jpg
369.8kB

 1712888744697blob.jpg
253.8kB

 1712888802882blob.jpg
186kB

 1713662622194blob.jpg
189.2kB

HARMON000037