# Exhibit J

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

KAITLYNN GANNON,

        Plaintiff,   **JUDICIAL SUBPOENA**

vs.   Index No: E183240/2024

SHERIFF MICHAEL J. FELICETTI
NIAGARA COUNTY SHERIFF'S OFFICE, and
JOHN AND JANE DOE
COUNTY OF NIAGARA,

        Defendants

---

TO:    Tess Harmon a/k/a
        Tess C. Stewart
        1031 Crest Drive
        Jefferson City, Tennessee 37760-3639

GREETINGS:

**WE COMMAND**, that all business and excuses being laid aside, you produce to the undersigned via mail, overnight delivery, email or in person for inspection and photocopying **on or before August 26, 2024** the following documents:

1. Documents sent by Tess Harmon (Stewart) to Ms. Farias as reflected in the April 24, 2024 email Tess Harmon (Stewart) sent to Ms. Farias. (as referenced on Harmon 000037);

2. The attachment to the email sent to Ms. Miller. (as referenced on Harmon 000036);

3. All documents Tess Harmon (Stewart) has had with this Facebook page, and the identity of the administrator(s);

4. The identity of all persons with whom Tess Harmon (Stewart) has had communications concerning Ms. Gannon as well as the content of those communications;

5. The names and addresses of all persons involved in the Facebook page "the Truth About the Ugly Truth Podcast;"

6. The social media posts made by Tess Harmon (Stewart) concerning Plaintiff whether using Tess Harmon (Stewart) or a pseudonym.

If you fail to comply, you will be deemed guilty of contempt of court, and liable to pay all losses or damages sustained thereby by the parties aggrieved and forfeit FIFTY DOLLARS in addition thereto.

The information sought herein is relevant and necessary to the prosecution of this action because it relates to, among other things: a) the fact that Defendants herein released privileged information to you, the witness, in contravention of Civil Rights Law § 50-b; b) the witness then further disseminated the privileged information to others; c) the privileged information was uploaded, in part, to Facebook by individuals known to the witness; or by the witness herself for the world to see; d) some of the privileged information was also provide to other third parties with whom Plaintiff has existing business relations; e) Defendants' dissemination of the privileged information has caused harm and damages to Plaintiff and has placed other survivors of sexual assault at risk for the same unauthorized disclosure by Defendants.

6597026v1 - 072663.0002

Dated:  Buffalo, New York
          July 25, 2024

                                                                   _____
                                                                    Hon. John L. Sinatra, Jr.
                                                                      United States District Judge
                                                                      United States District Court
                                                                      Western District of New York
                                                                      2 Niagara Street
                                                                      Buffalo, New York 14202

TO:

    Brian P. Crosby, Esq.
    Gibson McAskill & Crosby
    69 Delaware Avenue, Suite 900
    Buffalo, New York 14202
    bcrosby@gmclaw.com

    Scott Hapeman, Esq.
    Personius Melber, LLP
    2100 Main Place Tower
    350 Main Street
    Buffalo, New York 14202
    srh@personiusmelber.com

6597026v1 - 072663.0002