# EXHIBIT A



**OFFICE OF THE SHERIFF**
**COUNTY OF NIAGARA**

5526 Niagara Street Ext.
P.O Box 496
Lockport, New York 14095-0496

**Michael J. Filicetti**
*Sheriff*

**Michael P. Dunn**
*Undersheriff*

*(716) 438-3370*

May 29, 2024

Lipsitz, Green, Scime, Cambria
Attn: Lynn M. Bochenek
42 Delaware Ave Suite 120,
Buffalo, NY 14202

RE: FOIL Request – Kaitlynn Gannon – Niagara County Sheriff Office Case # 2022-6333
Radio Log #6333
CIB/JIB Case # CR-22-4-002
Agency Case # CA 1753-21

Ms. Bochenek,

Please allow this to serve as an acknowledgment of your FOIL request directed to the Niagara County Sheriff's Office, which we received on May 28, 2024.  Please be advised that we will respond to your request within twenty (20) business days from the date of this acknowledgment.  This correspondence is not to be construed as a waiver of any objections we may be entitled to assert under any applicable law.

Sincerely,

Robert M. Richards
Chief Deputy