# EXHIBIT B



**OFFICE OF THE SHERIFF**
**COUNTY OF NIAGARA**

5526 Niagara Street Ext.
P.O Box 496
Lockport, New York 14095-0496

**Michael J. Filicetti**
*Sheriff*

**Michael P. Dunn**
*Undersheriff*

*(716) 438-3370*

June 24, 2024

Lynn M. Bochenek
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924

RE:   FOIL Request - Kaitlynn Gannon
      Niagara County Sheriff Office Case #2022-6333
      CIB/JIB Case # CR-22-4-002
      Agency Case # CA 1753-21

Dear Ms. Bochenek:

We are in receipt of your FOIL request dated May 24, 2024, for information relating to your client, Kaitlynn Gannon. Please be advised of the following with respect to this request:

1. Ms. Gannon was previously provided with copies of all documents we have on file regarding the criminal investigation conducted by the Niagara County Sheriff's Office. These records were provided to her on December 19, 2023. Another copy of these records are being provided in response to your FOIL request.

Of note, records from the Niagara County Forensic Laboratory relating to Ms. Gannon will be provided in a separate response to the FOIL request sent by your office dated May 24, 2024 which was directed to Kevin R. Condel, Interim Director of the Forensic Laboratory.

2. Copies of prior FOIL requests, response letters and responsive documents from the following individuals are also being provided in response to this FOIL request:
   a. Tess Harmon FOIL request dated March 16, 2023, (4 pages);
   b. Tess Harmon FOIL request dated March 31, 2023, (4 pages);
   c. Tess Harmon FOIL request dated November 17, 2023, (26 pages);
   d. MaryAlice Demler FOIL request dated July 18, 2023, (4 pages); and
   e. Kaitlynn Gannon FOIL request dated December 19, 2023, (25 pages).

In total, 67 pages relating to this matter have been located and will be provided once payment of $.25 per page is made.

Thank you for your attention to this matter.

Very truly yours,

*[signature]*
Chief Deputy Robert M. Richards

** You have the right to appeal this decision, should you desire, directly to the Chairman of the Niagara County Legislature, Niagara County Courthouse, 175 Hawley Street, Lockport, New York 14094. Such an appeal must be in writing. You must include a copy of both your FOIL request and this department's reply. You must serve the appeal notice within thirty (30) days of this reply.