# EXHIBIT C



**OFFICE OF THE SHERIFF**
**COUNTY OF NIAGARA**

5526 Niagara Street Ext.
P.O Box 496
Lockport, New York 14095-0496

**Michael J. Filicetti**
*Sheriff*

**Michael P. Dunn**
*Undersheriff*

*(716) 438-3370*

July 12, 2024

Lynn M. Bochenek
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924

RE:  FOIL Request - Kaitlynn Gannon
     Niagara County Sheriff Office Case #2022-6333
     CIB/JIB Case # CR-22-4-002
     Agency Case # CA 1753-21

Dear Ms. Bochenek:

In response to your FOIL request dated May 24, 2024, for information relating to your client, Kaitlynn Gannon, please find the following:

1. Although Ms. Gannon was previously provided with copies of all documents regarding the criminal investigation conducted by the Niagara County Sheriff's Office on December 19, 2023, enclosed is another copy of these records in response to your May 24, 2024 FOIL request.

2. Copies of prior FOIL requests, response letters and responsive documents from the following individuals are also enclosed in response to this FOIL request:
   a. Tess Harmon FOIL request dated March 16, 2023;
   b. Tess Harmon FOIL request dated March 31, 2023;
   c. Tess Harmon FOIL request dated November 17, 2023;
   d. MaryAlice Demler FOIL request dated July 18, 2023; and
   e. Kaitlynn Gannon FOIL request dated December 19, 2023.

Please note records from the Niagara County Forensic Laboratory relating to Ms. Gannon will be provided in a separate response to the FOIL request sent by your office dated May 24, 2024 which was directed to Kevin R. Condel, Interim Director of the Forensic Laboratory.

Very truly yours,

Chief Deputy Robert Richards