# EXHIBIT D



**NIAGARA COUNTY DISTRICT ATTORNEY**

NIAGARA COUNTY COURTHOUSE
175 HAWLEY STREET
LOCKPORT, NEW YORK 14094
(716) 439-7085

**BRIAN D. SEAMAN**
*District Attorney*

**DOREEN M. HOFFMANN**
*First Assistant District Attorney*

**PETER M. WYDYSH**
*Second Assistant District Attorney*

*Assistant District Attorneys*

Aubrie A. Allen
Susan B. Bjornholm
Thomas H. Brandt
Carrington M. Crossley
Mattie E. L. Davis
David J. DeChellis
Raymond J. Fadel
Laura T. Jordan
Richelle R. Kloch
Liesel A. Marcantonio
Heather D. Nicholson
Zarianna Peterson
Nichole M. Sands
Christine M. Savoia
Kaitlynn E. Schmit
Maria H. Stoelting
Grace E. Tesmer
Robert A. Zucco

May 31, 2024

Ms. Lynn Bochenek
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue
Buffalo NY 14202

RE:    NYS Freedom of Information Law (FOIL) **#235-24**

Dear Ms. Bochenek:

Our office is in receipt of your FOIL request dated May 24, 2024. We are in the process of locating and/or reviewing the documents in connection with the above-captioned matter. Accordingly, we are requesting an additional 30 days to answer your request.

Very truly yours,

*Leigh A. Braun* LAB
Leigh A. Braun
Confidential Secretary/Records Access Officer

YOU HAVE THE RIGHT TO APPEAL THIS DECISION, SHOULD YOU DESIRE, DIRECTLY TO THE CHAIRMAN OF THE NIAGARA COUNTY LEGISLATURE, NIAGARA COUNTY COURTHOUSE, 175 HAWLEY STREET, LOCKPORT, NEW YORK 14094. SUCH AN APPEAL MUST BE IN WRITING. YOU MUST INCLUDE A COPY OF BOTH YOUR FOIL REQUEST AND THIS DEPARTMENT'S REPLY. YOU MUST SERVE THE APPEAL NOTICE WITHIN THIRTY (30) DAYS OF THE DATE OF THIS REPLY.

/lab
xc:    John Sansone, Esq.
       Assistant County Attorney

       Alysa T. Tomasino
       Clerk of the Niagara County Legislature