# EXHIBIT E



# NIAGARA COUNTY DISTRICT ATTORNEY

NIAGARA COUNTY COURTHOUSE
175 HAWLEY STREET
LOCKPORT, NEW YORK 14094
(716) 439-7085

**BRIAN D. SEAMAN**
*District Attorney*

**DOREEN M. HOFFMANN**
*First Assistant District Attorney*

**PETER M. WYDYSH**
*Second Assistant District Attorney*

**MARIA H. STOELTING**
*Executive Assistant District Attorney*

*Assistant District Attorneys*

Aubrie A. Allen
Susan B. Bjornholm
Thomas H. Brandt
Allison R. Contrera
Carrington M. Crossley
Mattie E. L. Davis
David J. DeChellis
Raymond J. Fadel
Laura T. Jordan
Richelle R. Kloch
Liesel A. Marcantonio
Heather D. Nicholson
Zarianna Peterson
Nichole M. Sands
Christine M. Savoia
Kaitlynn E. Schmit
Grace E. Tesmer
Robert A. Zucco

June 11, 2024

Ms. Lynn Bochenek
Lipsitz Green Scime Cambria LLP
42 Delaware Avenue
Buffalo NY 1`4202



RE:    FOIL Request #235-24

Dear Ms. Bochenek:

This letter comes in response to your FOIL Requests of May 22 and 24, 2024. The records that you request are exempt from disclosure because they consist of: 1) inter-agency or intra-agency materials which are not: i) statistical or factual tabulations or data; ii) instructions to staff that affect the public; iii) final agency policy or determinations; or iv) external audits, including but not limited to audits performed by the comptroller and the federal government; 2) grand jury materials that are exempt from disclosure pursuant to Criminal Procedure Law §190.25(4) and Public Officer's Law section 87(2)(a); 3) would identify the victim of a specified offense and are exempt from disclosure pursuant to Civil Rights Law §50-b and Public Officer's Law section 87(2)(a); and/or 4) would constitute an unwarranted invasion of personal privacy.  Your request is therefore denied.

Very truly yours,

*Leigh A. Braun*

Leigh A. Braun
Confidential Secretary/Records Access Officer

YOU HAVE THE RIGHT TO APPEAL THIS DECISION, SHOULD YOU DESIRE, DIRECTLY TO THE CHAIRMAN OF THE NIAGARA COUNTY LEGISLATURE, NIAGARA COUNTY COURTHOUSE, 175 HAWLEY STREET, LOCKPORT, NEW YORK 14094. SUCH AN APPEAL MUST BE IN WRITING, YOU MUST INLCUDE A COPY OF BOTH YOUR FOIL REQUEST AND THIS DEPARTMENT'S REPLY. YOU MUST SERVE THE APPEAL NOTICE WITHIN THIRTY (30) DAYS OF THE DATE OF THIS REPLY.

/lab
xc:    John Sansone, Esq.            Alysa T. Tomasino
       Assistant County Attorney      Clerk of the Legislature