# EXHIBIT I



**OFFICE OF THE SHERIFF
COUNTY OF NIAGARA**

5526 Niagara Street Ext.
P.O Box 496
Lockport, New York 14095-0496

**Michael J. Filicetti**
*Sheriff*

**Michael P. Dunn**
*Undersheriff*

*(716) 438-3370*

July 12, 2024

Lynn M. Bochenek
Lipsitz Green Scime Cambria, LLP
42 Delaware Avenue, Suite 120
Buffalo, New York 14202-3924

RE:   FOIL Request - Kaitlynn Gannon
      Forensic Lab Case #211823

Dear Ms. Bochenek:

In response to your FOIL request dated May 24, 2024 to the Niagara County Sheriff's Office Forensic Laboratory, enclosed are records pertaining to Niagara County Forensic Laboratory Case #211823 relating to your client, Kaitlynn Gannon.

As we previously advised, we have no records of prior FOIL requests to the Niagara County Forensic Lab for documents relating to Ms. Gannon.

Very truly yours,

Chief Deputy Robert Richards